UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>CARLOS RAMON QUIROS-RODRIGUEZ,<br><br>               Defendant. | Case No. 14-82-BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime that carries a presumption of detention and has failed to overcome that presumption by failing to present any argument for release and stipulating to detention.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

2  counsel;

3    (3)    On order of a court of the United States or on request of an attorney for the

4  Government, the person in charge of the correctional facility in which Defendant is confined

5  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6  connection with a court proceeding; and

7    (4)    The Clerk shall provide copies of this order to all counsel, the United States

8  Marshal, and to the United States Probation and Pretrial Services Officer.

9    DATED this 26th day of February, 2014.

10

11    _____

12    BRIAN A. TSUCHIDA
      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2